IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUDY THORNHILL, | § |
| Plaintiff, | § § § § |
| V. | §   No. 3:14-cv-335-M |
| | § |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | § § § |
| Defendant. | § |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on December 15, 2014. *See* Dkt. No. 22. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

The hearing decision is reversed and this case is remanded to the Commissioner of Social Security for further proceedings consistent with the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 15, 2014.

SO ORDERED this 16th day of January, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS